IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER P. WAGNER,
Plaintiff,

v.

Case No. 19–CV–00355–JPG

BYRIDER FINANCE, LLC,
Defendant.

# **JUDGMENT**

This matter having come before the Court and the parties having stipulated to dismissal,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Christopher P. Wagner's claims against Defendant Byrider Finance, LLC are **DISMISSED WITHOUT PREJUDICE**.

Dated: February 6, 2020

MARGARET M. ROBERTIE
CLERK OF COURT

s/Tina Gray, Deputy Clerk

Approved by: s/ J. Phil Gilbert
              U.S. District Judge